UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA, )
       Plaintiff, )
        ) CR NO. 08-CR-10223-PBS
v. )
        )
ALBERT GONZALEZ, )
       Defendant. )
_____)

### MOTION TO APPEAR *PRO HAC VICE*

    Martin G. Weinberg, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves for the admission of Paul J. Trusiani, a member of the Bar of the State of Maine, to this Court pursuant to Massachusetts Local Rule 83.5.3(b), for limited purposes of assisting counsel Rene Palomino, Esq. and Martin G. Weinberg, Esq. regarding discovery as to **ALBERT GONZALEZ** in the above-captioned matter, *pro hac vice*. As grounds therefor he avers the following:

1) PAUL J. TRUSIANI is duly admitted to practice law before all state courts in the State of Maine.

2) MR. TRUSIANI was admitted to membership in the Maine Bar on October 17, 2007.

3) MR. TRUSIANI has never been involved in any disciplinary proceeding before any court and is currently a member in good standing of all the above described courts, as evidenced by the Affidavit In Support of Motion to Appear *Pro Hac Vice* attached hereto as Exhibit "A" and the Certificate of Good Standing attached hereto as Exhibit "B".

4. MR. TRUSIANI has familiarized himself with the local rules of this Court.

**WHEREFORE**, MARTIN WEINBERG, ESQUIRE, respectfully requests that this Honorable Court grant PAUL J. TRUSIANI. permission to appear *pro hac vice* in the above-styled cause.

Respectfully submitted,

/S/ **MARTIN G. WEINBERG**
**MASS. BAR NO.** 519480
**MARTIN G. WEINBERG, PC**
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
Tel: 617-227-3700
Fax: 617-338-9538
Email: owlmcb@att.net
owlmgw@att.net

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Martin G. Weinberg, hereby certify that this document filed through the ECF system on April 22nd, 2009 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/S/ **MARTIN WEINBERG**