UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA,    )
        Plaintiff,    )
                                  )    CR NO.  08-CR-10223-PBS
v.                                  )
                                  )
ALBERT GONZALEZ,    )
        Defendant.    )
_____)

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, PAUL J. TRUSIANI, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Maine.

2. I am a resident of Scarborough, Maine.

3. I am counsel at Trusiani Law at 5 ½ Moulton Street, Portland, Maine, 04101.  The office telephone number is (619) 866-8867, and email address is:  buzzy.trusiani@gmail.com.

4. I am authorized to practice law in the State Courts of Maine.

5. I was admitted to practice law in the State of Maine on October 17, 2007. My Maine Bar number is 004235.

6. I am a member in good standing and duly licensed and admitted to practice in the jurisdiction listed above.

7. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9.  I request that this Honorable Court allow the Motion for me to appear *pro hac vice* in this matter for limited purposes of assisting counsel Rene Palomino, Esq. and Martin G. Weinberg, Esq. regarding discovery as to **ALBERT GONZALEZ** in this proceeding.

Signed under the penalties of perjury on this 22nd day of April, 2009.

*/s/ Paul J. Trusiani*

PAUL J. TRUSIANI