# STATE OF MAINE

CUMBERLAND, SS.                                    SUPREME JUDICIAL COURT

I, GAIL L. MERRITT, ADM. CLERK OF ALL THE JUDICIAL COURTS WITHIN THE COUNTY OF CUMBERLAND, HEREBY CERTIFY THAT ON THE 17TH DAY OF OCTOBER 2007, IN THE SUPREME JUDICIAL COURT HOLDEN AT PORTLAND, WITHIN AND FOR THE COUNTY OF CUMBERLAND AN STATE OF MAINE, SAID COURT BEING THE HIGHEST COURT OF RECORD IN SAID STATE:

**PAUL J. TRUSIANI OF SCARBOROUGH, MAINE**

BEING FOUND DULY QUALIFIED IN THAT BEHALF, HAVING TAKEN AND SUBSCRIBED THE OATH REQUIRED BY LAW, WAS ADMITTED TO PRACTICE AS AN ATTORNEY, AND BY VIRTUE THEREOF AS A COUNSELLOR AT LAW IN ALL THE COURTS OF SAID STATE OF MAINE, AND IS NOW A RECOGNIZED ATTORNEY AND COUNSELLOR AT LAW IN SAID COURTS, IN GOOD STANDING.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT, THIS 21ST DAY OF APRIL IN THE YEAR OF OUR LORD TWO THOUSAND AND NINE.



*Gail L. Merritt*
ADM. CLERK