UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Nos. 08-CR-10223-PBS |
| ) | 08-CR-10262-PBS |
| ALBERT GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ALBERT GONZALEZ' RESPONSE TO AMENDED PROCEDURAL
ORDER RE: SENTENCING HEARING**

Defendant Albert Gonzalez provides the following responses to paragraph 10 of this Court's Amended Procedural Order Re: Sentencing Hearing dated September 11, 2009:

1. Defendant will move for both a downward departure from his guideline offense level and for a sentence below the guidelines sentencing range, for the reasons set forth in his Sentencing Memorandum.

2. There remain legal issues relating to the amount of the loss and restitution set forth in the Presentence Report, which are also addressed in his Sentencing Memorandum.

3. Defendant does not seek an evidentiary hearing.

Respectfully Submitted,
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Martin G. Weinberg, PC
Mass. Bar No. 51948
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

DATED: December 15, 2009

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this 15th day of December, 2009, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Stephen P. Heymann, AUSA.

                                                        **/s/ Martin G. Weinberg**
                                                        Martin G. Weinberg