# United States Court of Appeals
## For the First Circuit

Nos.  13-1019
      13-1020

ALBERT GONZALEZ,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lynch, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered:  July 1, 2013

     Petitioner Albert Gonzalez seeks a certificate of appealability ("COA") from the district court's denial of his petition under 28 U.S.C. § 2255.  Because he did not file a COA memorandum either here or with the district court, we use his § 2255 petition as the basis for his arguments.  Having considered the record and Gonzalez's various arguments, we conclude that he has failed to make a "substantial showing of the denial of a constitutional right."  <u>See</u> 28 U.S.C. § 2253(c)(2).  We deny his request for a COA for substantially the reasons cited in the district court's (Saris, J.) memorandum and order of November 8, 2012 disposing of his § 2255 motion.

     Accordingly, Gonzalez's request for a petition for a COA is <u>denied</u>, and his appeal is <u>terminated</u>.

                                                              By the Court:
                                                             <u>/s/ Margaret Carter, Clerk</u>.

cc: Albert Gonzalez, Donald Cabell, Dina Chaitowitz, Stephen Heymann, Veronica Lei